**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 24, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00058-CV

————————

### SEASCAPE OWNERS ASSOCIATION, INC., Appellant

### V.

### INTERNATIONAL RISK CONTROL, LLC, Appellee

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 10-CV-4172**

## M E M O R A N D U M   O P I N I O N

Both parties filed notices of appeal from a summary judgment signed December 5, 2012. The appeal filed by International Risk Control, LLC has been docketed under this court's appellate case number 14-12-00016-CV. The judgment was in favor of Seascape Owners Association, Inc., except that the judgment denied attorney's fees. Seascape filed a motion to modify the judgment, and on February 24, 2012, the trial court signed a modified final judgment awarding Seascape its attorney's fees.

On April 16, 2012, appellant Seascape filed a motion to dismiss its appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal filed by Seascape Owners Association, Inc. is ordered dismissed. The appeal filed by International Risk Control, LLC remains pending under this court's appellate case number 14-12-00016-CV.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Brown